UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 15-20257-CR-GRAHAM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LUCVENS FRANCOIS,

       Defendant.
_____/

## ORDER GRANTING TERMINATION OF PROBATION

**THIS CAUSE** came before the Court upon Defendant's Motion for Early Termination of Probation, (D.E. 110).

**THE COURT** has reviewed the record, and notes that the United States Probation Office and Assistant United States Attorney has no objections to the relief requested, it is hereby,

**ORDERED AND ADJUDGED** that Defendant's Unopposed Motion for Early Termination is **Granted**. The Defendant's term of Probation is hereby terminated as of the date of this order.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23 day of June, 2016.

                                    _____
                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE

Copied: Jennifer Rosenberg, USPO
        Charles M. Edgar, Jr., DOJ
        Lucvens Francois, *Pro se*